# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D18-2491

————————————————

TIMOTHY A. HAMPTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 28, 2018

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Timothy A. Hampton, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.